Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: HALL, BERNICE B | § | Case No. 14-05724 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 21, 2014.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    4,189.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 80.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]  $ | 4,109.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/25/2014 and the deadline for filing governmental claims was 08/20/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,047.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,047.25, for a total compensation of $1,047.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/22/2015      By: /s/Ira Bodenstein
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-05724  
**Case Name:** HALL, BERNICE B  

**Period Ending:** 01/22/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/21/14 (f)  
**§341(a) Meeting Date:** 03/21/14  
**Claims Bar Date:** 07/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Checking account with Chase Bank     Imported from Amended Doc#: 14 | 0.00 | 0.00 | | 0.00 | FA |
| 2   Savings account with Chase Bank     Imported from Amended Doc#: 14 | 2.00 | 0.00 | | 0.00 | FA |
| 3   Miscellaneous used household goods     Imported from Amended Doc#: 14 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   Personal used clothing     Imported from Amended Doc#: 14 | 300.00 | 0.00 | | 0.00 | FA |
| 5   Employer - Term Life Insurance - no cash surrend     Imported from Amended Doc#: 14 | 0.00 | 0.00 | | 0.00 | FA |
| 6   Whole Life Insurance payable to dependent childr     Imported from Amended Doc#: 14 | 2,280.00 | 2,280.00 | | 0.00 | FA |
| 7   Pension through employer     Imported from Amended Doc#: 14 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8   Anticipated tax return of $2500, claiming EIC fo     Imported from original petition Doc# 1 | 500.00 | 500.00 | | 4,189.00 | FA |
| 9   Debtor received a 2013 tax return of $7,169.00, (u)     Imported from Amended Doc#: 14 | 2,169.00 | 0.00 | | 0.00 | FA |
| 10   2012 Honda CRV with 30,897 miles.     Imported from Amended Doc#: 14 | 20,202.00 | 0.00 | | 0.00 | FA |
| **10   Assets   Totals** (Excluding unknown values) | **$29,453.00** | **$2,780.00** | | **$4,189.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**              **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-05724  
**Case Name:** HALL, BERNICE B  

**Taxpayer ID #:** **-***7204  
**Period Ending:** 01/22/15

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/02/14 | {8} | Bernice B. Hall | Federal tax refund 2013 after exemptions | 1129-000 | 4,189.00 | | 4,189.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,179.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,169.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,159.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,149.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,139.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,129.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,119.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,109.00 |
| | | | **ACCOUNT TOTALS** | | **4,189.00** | **80.00** | **$4,109.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **4,189.00** | **80.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,189.00** | **$80.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0966** | 4,189.00 | 80.00 | 4,109.00 |
| | $4,189.00 | $80.00 | $4,109.00 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-05724  
**Debtor Name:** HALL, BERNICE B

Page: 1

**Date:** January 22, 2015  
**Time:** 10:23:31 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,047.25 | $0.00 | 1,047.25 |
| 3<br>100 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088, Irving, TX 75016-8088 | Secured | XXXXX1904<br>Claim withdrawn 1/13/15/ Dkt No. 26 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXXXXXXXXXXX0337 | $2,117.47 | $0.00 | 2,117.47 |
| 2<br>610 | CERASTES, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $1,753.90 | $0.00 | 1,753.90 |
| 4<br>610 | US Department of Education<br>C/O Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014-2904 | Unsecured | XXXXXXXXXXXX0649<br>Schedule F Account: XXXXXXXXXXXX1749 | $3,896.41 | $0.00 | 3,896.41 |
| 5<br>610 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | XXXXXXXXXXXX1794<br>Schedule F Account: XXXXXXXXXXXXXXXXXXXX0917<br>Schedule F Account: XXXXXXXXXXXXXXXXXXXX0917 | $4,150.54 | $0.00 | 4,150.54 |
| 6<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | XXXXXXXXXXXX2362 | $541.68 | $0.00 | 541.68 |
| 7<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | XXXXXXXXXXXX3005 | $3,252.62 | $0.00 | 3,252.62 |
| NOTFILED<br>610 | Hsbc Bank<br>Attention: HSBC Retail Services<br>Po Box 5264<br>Carol Stream, IL 60197 | Unsecured | XXXXXXXXXXXX8037 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | XXXXXXXXXXXX3083 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | GECRB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXXXXXX5195 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-05724  
**Debtor Name:** HALL, BERNICE B

Page: 2

**Date:** January 22, 2015  
**Time:** 10:23:31 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | GECRB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXX2551 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | First National Bank<br>Attention:FNN Legal Dept<br>1620 Dodge St. Stop Code: 3290<br>Omaha, NE 68197 | Unsecured | XXXXXXXXXXX0560 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | Unsecured | XXXXXXXXXXXX9799 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | GECRB / HH Gregg<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | Unsecured | XXXXXXXX3409 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Providian/Chase<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX3577 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hsbc/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Unsecured | XXXXXXXXXXXX8527 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773 | Unsecured | XXXXXXXXX101F | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Weisfield Jewelers/Sterling Jewelers Inc<br>Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309 | Unsecured | XXXXXX0309 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773 | Unsecured | XXXXXXXXX102F | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773 | Unsecured | XXXXXXXXX1016 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dynia & Associates, LLC<br>4849 N Milwaukee Ave<br>Suite 801<br>Chicago, IL 60630 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-barre, PA 18773 | Unsecured | XXXXXXXXX1026 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-05724
**Debtor Name:** HALL, BERNICE B

Page: 3

**Date:** January 22, 2015
**Time:** 10:23:31 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Military Star/AAFES<br>Attention: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75236 | Unsecured | XXXXXXXXXXXX5686 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dell Financial Services Dell Financial Services Attn: Bankru<br>Po Box 81577<br>Austin, TX 78708 | Unsecured | XXXXXXXXXXXXXX0411 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508 | Unsecured | XXXXXXXXXXX1849 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | Unsecured | XXXXX7927 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX2153 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap1/bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Unsecured | XXXXXXXXXXXX6607 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX7354 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Value City Furniture<br>Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | Unsecured | XXXXXXXXXXXX7217 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Value City Furniture<br>Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | Unsecured | XXXXXXXXXXXX1321 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | Unsecured | XXXXX XXXX4158 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chrysler Credit/TD Auto Finance<br>Attn: Bankruptcy Dept<br>Po Box 551080<br>Jacksonville, FL 32255 | Unsecured | XXXXXX6557 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citizens Bank<br>Attn: Bankruptcy Dept<br>443 Jefferson Blvd Ms Rjw-135<br>Warwick, RI 02886 | Unsecured | XXXXXX4406 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 25, 2014

**Case Number:** 14-05724  
**Debtor Name:** HALL, BERNICE B

Page: 4

**Date:** January 22, 2015  
**Time:** 10:23:31 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase<br>P.o. Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX0343 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase - Cc<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX7378 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 16,759.87 | 0.00 | 16,759.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                     Exhibit D

Case No.: 14-05724
Case Name: HALL, BERNICE B
Trustee Name: Ira Bodenstein

**Balance on hand:**                                      $         4,109.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:      $         0.00
Remaining balance:                           $     4,109.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,047.25 | 0.00 | 1,047.25 |

Total to be paid for chapter 7 administration expenses:   $     1,047.25
Remaining balance:                                        $     3,061.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $     3,061.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:                       $     3,061.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 15,712.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,117.47 | 0.00 | 412.62 |
| 2 | CERASTES, LLC | 1,753.90 | 0.00 | 341.76 |
| 4 | US Department of Education | 3,896.41 | 0.00 | 759.25 |
| 5 | Navient Solutions, Inc. | 4,150.54 | 0.00 | 808.77 |
| 6 | Synchrony Bank | 541.68 | 0.00 | 105.55 |
| 7 | PYOD, LLC its successors and assigns as assignee | 3,252.62 | 0.00 | 633.80 |

Total to be paid for timely general unsecured claims: $ 3,061.75
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**            0.00
Remaining balance:                          $            0.00

**UST Form 101-7-TFR (05/1/2011)**