| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 03/17/2015 |
| (312) 666-2861 | Hearing Time: | 10:30 am |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    HALL, BERNICE B    §    Case No. 14-05724
§
§
Debtor(s)    §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee has filed a final fee application, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and the application for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 03/17/2015 in Courtroom 644, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 01/22/2015          By:   Ira Bodenstein
                                       Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
|---|---|---|
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HALL, BERNICE B     § Case No. 14-05724
                           §
                           §
Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 4,189.00

*and approved disbursements of*     $ 80.00

*leaving a balance on hand of* [1]     $ 4,109.00

**Balance on hand:**     $ 4,109.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 4,109.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,047.25 | 0.00 | 1,047.25 |

Total to be paid for chapter 7 administration expenses:     $ 1,047.25
Remaining balance:     $ 3,061.75

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     3,061.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     3,061.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,712.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,117.47 | 0.00 | 412.62 |
| 2 | CERASTES, LLC | 1,753.90 | 0.00 | 341.76 |
| 4 | US Department of Education | 3,896.41 | 0.00 | 759.25 |
| 5 | Navient Solutions, Inc. | 4,150.54 | 0.00 | 808.77 |
| 6 | Synchrony Bank | 541.68 | 0.00 | 105.55 |
| 7 | PYOD, LLC its successors and assigns as assignee | 3,252.62 | 0.00 | 633.80 |

Total to be paid for timely general unsecured claims:  $     3,061.75
Remaining balance:  $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 14-05724-PSH
Bernice B Hall                                                          Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: rgreen                  Page 1 of 2                   Date Rcvd: Feb 04, 2015
                              Form ID: pdf006               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2015.
db           +Bernice B Hall,   703 N Mayfield,    Chicago, IL 60644-1028
21553295    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
21553301    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   Po Box 20363,
              Kansas City, MO 64195)
21553296     +Cap One,   Po Box 30253,    Salt Lake City, UT 84130-0253
21553297     +Cap1/bstby,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
21553298     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
21553299     +Chase - Cc,   Po Box 15298,    Wilmington, DE 19850-5298
21553300     +Chrysler Credit/TD Auto Finance,    Attn: Bankruptcy Dept,   Po Box 551080,
              Jacksonville, FL 32255-1080
21553302     +Citizens Bank,   Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
              Warwick, RI 02886-1321
21553303     +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,   Po Box 182686,   Columbus, OH 43218-2686
21553304     +Comenity Bank/Value City Furniture,    Attn: Bankruptcy,   Po Box 182686,
              Columbus, OH 43218-2686
21553305    ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
              Po Box 81577,   Austin, TX 78708)
21553308    #+Dynia & Associates, LLC,    4849 N Milwaukee Ave,   Suite 801,   Chicago, IL 60630-2680
21553309     +First National Bank,   Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
              Omaha, NE 68197-0003
21553314     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
21553312     +Hsbc Bank,   Attention: HSBC Retail Services,    Po Box 5264,   Carol Stream, IL 60197-5264
21553313     +Hsbc Bank,   Po Box 30253,    Salt Lake City, UT 84130-0253
21553315     +Hsbc/bstby,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22027439     +Navient Solutions, Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
21553317     +Providian/Chase,   Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850-5298
21553319     +Weisfield Jewelers/Sterling Jewelers Inc,    Attn: Bankruptcy,   Po Box 1799,
              Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21553294      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 05 2015 02:07:57     American Honda Finance,
               Po Box 168088,   Irving, TX 75016
21865712      E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 05 2015 02:07:57
               American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
               Irving, TX 75016-8088,   866-716-6441
21863834     +E-mail/Text: bncmail@w-legal.com Feb 05 2015 02:07:57     CERASTES, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
21553316      E-mail/Text: BankruptcyNotices@aafes.com Feb 05 2015 02:06:44     Military Star/AAFES,
               Attention: Bankruptcy,   Po Box 650060,    Dallas, TX 75236
21553306     +E-mail/Text: electronicbkydocs@nelnet.net Feb 05 2015 02:07:53     Dept Of Education/neln,
               121 S 13th St,   Lincoln, NE 68508-1904
21860981      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 05 2015 02:17:12     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
21553307     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 05 2015 02:17:12     Discover Fin Svcs Llc,
               Po Box15316,   Wilmington, DE 19850-5316
21553310     +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2015 02:17:25     GECRB / HH Gregg,
               Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
21553311     +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2015 02:16:03     GECRB/Walmart,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
22180352     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 05 2015 02:16:54
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
21553318     +E-mail/PDF: pa_dc_claims@navient.com Feb 05 2015 02:16:50     Sallie Mae,
               Attn: Claims Department,   Po Box 9500,    Wilkes-Barre, PA 18773-9500
22180075      E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2015 02:16:03     Synchrony Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
21929824      E-mail/Text: electronicbkydocs@nelnet.net Feb 05 2015 02:07:53     US Department of Education,
               C/O Nelnet,   3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                                             TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: rgreen              Page 2 of 2                   Date Rcvd: Feb 04, 2015
                               Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2015 at the address(es) listed below:
```
              Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Jason Blust    on behalf of Debtor Bernice B Hall jason.blust@clientfirstbankruptcy.com,
               courtnotices@clientfirstbankruptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```