**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: HALL, BERNICE B          § Case No. 14-05724
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $28,953.00                    Assets Exempt: $9,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,061.75      Claims Discharged
                                                Without Payment: $22,917.55

Total Expenses of Administration: $1,127.25

---

   3) Total gross receipts of $ 4,189.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,189.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $30,865.00 | $28,599.40 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,127.25 | 1,127.25 | 1,127.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,950.68 | 15,712.62 | 15,712.62 | 3,061.75 |
| **TOTAL DISBURSEMENTS** | $55,815.68 | $45,439.27 | $16,839.87 | $4,189.00 |

4) This case was originally filed under Chapter 7 on February 21, 2014. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/01/2015        By: /s/Ira Bodenstein
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated tax return of $2500, claiming EIC fo | 1129-000 | 4,189.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,189.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | American Honda Finance Corporation | 4110-000 | 30,865.00 | 28,599.40 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$30,865.00** | **$28,599.40** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,047.25 | 1,047.25 | 1,047.25 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,127.25 | $1,127.25 | $1,127.25 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 1,950.00 | 2,117.47 | 2,117.47 | 412.62 |
| 2 | CERASTES, LLC | 7100-000 | N/A | 1,753.90 | 1,753.90 | 341.76 |
| 4 | US Department of Education | 7100-000 | 4,146.00 | 3,896.41 | 3,896.41 | 759.25 |
| 5 | Navient Solutions, Inc. | 7100-000 | 4,525.00 | 4,150.54 | 4,150.54 | 808.77 |
| 6 | Synchrony Bank | 7100-000 | 492.00 | 541.68 | 541.68 | 105.55 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,571.00 | 3,252.62 | 3,252.62 | 633.80 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,445.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB / HH Gregg | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First National Bank | 7100-000 | 2,791.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB / HH Gregg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian/Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Weisfield Jewelers/Sterling Jewelers Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dynia & Associates, LLC | 7100-000 | 541.68 | N/A | N/A | 0.00 |
| NOTFILED | Sallie Mae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Military Star/AAFES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services Dell Financial Services Attn: | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 7100-000 | 541.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 452.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 1,496.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Value City Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Value City Furniture | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Credit/TD Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase - Cc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,950.68 | $15,712.62 | $15,712.62 | $3,061.75 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-05724  
**Case Name:** HALL, BERNICE B  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/21/14 (f)  
**§341(a) Meeting Date:** 03/21/14  

**Period Ending:** 06/01/15  
**Claims Bar Date:** 07/25/14  

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Chase Bank<br>Imported from Amended Doc#: 14 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Savings account with Chase Bank<br>Imported from Amended Doc#: 14 | 2.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous used household goods<br>Imported from Amended Doc#: 14 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Personal used clothing<br>Imported from Amended Doc#: 14 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Employer - Term Life Insurance - no cash surrend<br>Imported from Amended Doc#: 14 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Whole Life Insurance payable to dependent childr<br>Imported from Amended Doc#: 14 | 2,280.00 | 2,280.00 | | 0.00 | FA |
| 7 | Pension through employer<br>Imported from Amended Doc#: 14 | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | Anticipated tax return of $2500, claiming EIC fo<br>Imported from original petition Doc# 1 | 500.00 | 500.00 | | 4,189.00 | FA |
| 9 | Debtor received a 2013 tax return of $7,169.00, (u)<br>Imported from Amended Doc#: 14 | 2,169.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 Honda CRV with 30,897 miles.<br>Imported from Amended Doc#: 14 | 20,202.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$29,453.00** | **$2,780.00** | | **$4,189.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4/20/2015- TFR filed 2/2/15 and approved 3/17/15  
        Checks mailed  
        Prepare TDR  

**Initial Projected Date Of Final Report (TFR):** March 31, 2015      **Current Projected Date Of Final Report (TFR):** February 2, 2015 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-05724  
**Case Name:** HALL, BERNICE B  
**Taxpayer ID #:** **-***7204  
**Period Ending:** 06/01/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/14 | {8} | Bernice B. Hall | Federal tax refund 2013 after exemptions | 1129-000 | 4,189.00 | | 4,189.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,179.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,169.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,159.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,149.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,139.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,129.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,119.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,109.00 |
| 03/18/15 | 101 | Ira Bodenstein | TFR and Compensation approved 3/17/15 Dkt 31 | 2100-000 | | 1,047.25 | 3,061.75 |
| 03/18/15 | 102 | Discover Bank | Ref # XXXXXXXXXXXX0337 | 7100-000 | | 412.62 | 2,649.13 |
| 03/18/15 | 103 | CERASTES, LLC | Dkt 31 TFR approved | 7100-000 | | 341.76 | 2,307.37 |
| 03/18/15 | 104 | US Department of Education | Ref # XXXXXXXXXXXX0649 | 7100-000 | | 759.25 | 1,548.12 |
| 03/18/15 | 105 | Navient Solutions, Inc. | Ref # XXXXXXXXXXXX1794 | 7100-000 | | 808.77 | 739.35 |
| 03/18/15 | 106 | Synchrony Bank | Ref # XXXXXXXXXXXX2362 | 7100-000 | | 105.55 | 633.80 |
| 03/18/15 | 107 | PYOD, LLC its successors and assigns as assignee | Ref # XXXXXXXXXXXX3005 | 7100-000 | | 633.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,189.00 | 4,189.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,189.00 | 4,189.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,189.00** | **$4,189.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0966 | 4,189.00 | 4,189.00 | 0.00 |
| | $4,189.00 | $4,189.00 | $0.00 |

{} Asset reference(s)

Printed: 06/01/2015 02:15 PM    V.13.23